*United States v. Russow*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand sixteen.

PRESENT:
>      ROBERT D. SACK,
>      GERARD E. LYNCH,
>           *Circuit Judges,*
>      J. GARVAN MURTHA,[*]
>           *District Judge.*

_____

UNITED STATES OF AMERICA**,**

>           *Appellee*,

>      v.                                                            15-1768

RYAN RUSSOW,

>           *Defendant-Appellant.*

_____

**FOR APPELLEE:**                          Sarah P. Karwan, Marc H. Silverman, Assistant United States Attorneys, for Deirdre M. Daly, United States Attorney, District of Connecticut.

---

[*] The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

**FOR DEFENDANT-APPELLANT:** Vito Castignoli, Milford, CT.

Appeal from a judgment of the United States District Court for the District of Connecticut (Janet Bond Arterton, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED**.

Defendant-Appellant's notice of appeal was untimely under Federal Rule of Appellate Procedure 4(b), which provides that "the district court may . . . extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." Fed. R. App. P. 4(b)(4). The district court extended Russow's time to file a notice of appeal, but Russow did not file his notice of appeal until 13 days after the expiration of his extended time.[1] Although "Rule 4(b) is not jurisdictional," we have made clear that "[w]hen the government properly objects to the untimeliness of a defendant's criminal appeal, Rule 4(b) is mandatory and inflexible." *United States v. Frias*, 521 F.3d 229, 234 (2d Cir. 2008). In its brief, the government

---

[1] We note that Russow's notice of appeal was filed 68 days after the expiration of the time otherwise prescribed by Rule 4(b), more than double the time a district court can extend the time to file a notice of appeal under the rule. Given Russow's failure to comply with even the extended deadline set by the district court, we need not decide whether the district court's order purporting to extend the time to file a notice of appeal for longer than the 30 days specified in Fed. R. App. P. 4(b)(4) would support this Court's consideration of the merits of the appeal over the government's objection.

2

objected to Russow's failure to comply with Rule 4(b)'s mandatory time limits.

Accordingly, this appeal is **DISMISSED** as untimely.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk